**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7670**

_____

EMMETT RAY NALL,

              Petitioner – Appellant,

     v.

WARDEN OF PERRY CORRECTIONAL INSTITUTION,

              Respondent – Appellee,

     and

STATE OF SOUTH CAROLINA,

              Respondent.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Joseph F. Anderson, Jr., Senior District Judge.  (6:14-cv-02733-JFA)

_____

Submitted:  March 23, 2015          Decided:  April 9, 2015

_____

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Emmett Ray Nall, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Ray Nall seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2012) petition.[*] The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Nall has not made the requisite showing. Accordingly, we deny a

---

[*] We reject Nall's contention that his filing should have been construed as an independent action under Federal Rule of Civil Procedure 5.1.

2

certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED